IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00122-MEH-BNB

RICHARD A. DAVIS, individually and as a minority shareholder and derivatively as a shareholder of Golden Eagle Service Center, Inc.;

Plaintiff(s);

v.

RONALD BIFANI, individually and as the majority shareholder and director of Golden Eagle Service Center, Inc.;

Defendant(s).

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 3, 2007**

The motions listed below appear to have been previously filed on April 2, 2007, as Dockets #24, #25, #26, and #27, and are therefore duplicate filings. Defendant Ronald Bifani is cautioned that if he wishes to amend the motions he has previously filed, he must clearly designate the new filings as amendments. Accordingly, the following motions are deemed moot, and shall be stricken and removed from the active motions pending list in this file:

1. Defendant's Motion to Dismiss Under Rule 12(B)(6) [sic]; Rule 12(C) [sic] and For Summary Judgment Under Rule 56, F.R.C.P. [Filed April 3, 2007; Docket #29-1 and #29-2].

2. Defendant's Motion to Disqualify Donal Ray Zelkind as Attorney of Record for Plaintiff Richard A. Davis and Excel Automotive & Tire, Inc. [Filed April 3, 2007; Docket #30].

3. Defendant's Motion to Oppose Plaintiff's Request for Court's Exercise of Ancillary Jurisdiction [Filed April 3, 2007; Docket #31].

4. Defendant's Motion to Stay Proceedings Through November 1, 2007 or Date of the Order of District Court for Summit County, Colorado [Filed April 3, 2007; Docket #32].