IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00122-MEH-BNB

RICHARD A. DAVIS, individually and as a minority shareholder and derivatively as a shareholder of Golden Eagle Service Center, Inc.,

    Plaintiff,

v.

RONALD BIFANI, individually and as the majority shareholder and director of Golden Eagle Service Center, Inc.,

    Defendant.

## ORDER ON DEFENDANT'S MOTION TO STAY PROCEEDINGS

Defendant has moved to stay the proceedings in the case, citing two grounds. First, a separate state court proceeding is pending, and Defendant expects that court to make certain findings of fact and conclusions of law by the June 2007 (although, in Defendant's words, "it could be . . . much later"). Second, Defendant will be out of the country from April 20 to November 1, 2007.

Whether to stay a case in deference to a parallel state court proceeding rests within the discretion of the federal district court. *See Jones v. Great Southern Life Ins. Co.*, 2000 WL 1375309, *4 (10th Cir. 2000). It is not at all clear to this Court what relevance the state court proceedings have to this lawsuit and, in any event, this Court cannot hold up proceedings waiting for the state court to act. Further, although the Court is sympathetic to Defendant's intermittent change of residences between the United States and France, modern air travel makes it feasible to proceed in this litigation even with the Defendant residing temporarily overseas, and the parties should endeavor to make the

burden on Defendant as manageable as possible.

Therefore, for the foregoing reasons, the motion to stay (Docket #27; filed April 2, 2007) is **denied**.

Dated at Denver, Colorado, this 24th day of April, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge