IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00122-MEH-BNB

RICHARD A. DAVIS, individually and as a minority shareholder and derivatively as a shareholder of Golden Eagle Service Center, Inc.,

      Plaintiff,

v.

RONALD BIFANI, individually and as the majority shareholder and director of Golden Eagle Service Center, Inc.,

      Defendant.

---

## ORDER ON PLAINTIFF'S MOTION TO AMEND THE COMPLAINT FOR DAMAGES

---

      Plaintiff has filed a motion to amend the Complaint to add factual allegations addressing the claims he is pursuing in this case.  Although given several extensions to respond to this motion, Defendant has failed to do so.  Under the standards in the Federal Rules of Civil Procedure 15(a) for amending a complaint, the Court finds that Plaintiff has met those standards.  Therefore, the Motion to Amend (Docket #57) is **granted**.  However, the tendered Amended Complaint is deficient in that it does not contain a case number, nor is it double-spaced as required by the local rules.  Plaintiff is directed to file a First Amended Complaint on or before **July 12, 2007**, which complies with the requirements of the local rules of this Court.  *See* D.C.Colo.L.Civ.R. 10.1.

      Dated at Denver, Colorado, this 5th day of July, 2007.

                      BY THE COURT:

                      s/ Michael E. Hegarty
                      Michael E. Hegarty
                      United States Magistrate Judge